IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14CR3102 |
| vs. | **ORDER** |
| HOWARD JOHN BARTA, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Dispositional Hearing (filing 95) is granted.

2. Defendant Howard John Barta's violation of supervised release hearing is continued to June 8, 2018, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 1st day of May, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge